# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 10, 2023

### NO. 03-22-00407-CV

**Rock Engineering and Testing Laboratory, Inc., Appellant**

**v.**

**Epsilon Zeta Chapter of Alpha Delta Pi House Corporation, Appellee**

---

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on June 16, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.